UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

James Caplan, individually and on behalf of all others similarly situated

Plaintiff(s)

VS.

Case No: 1:25-cv-02943-UA

Yahoo Inc.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Veronica Calderon, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Class Action Complaint and Demand for Jury Trial in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 04/16/2025 at 01:25 PM, I served Yahoo Inc. c/o CT Corporation System, Registered Agent at 28 Liberty Street, New York, New York 10005 with the Summons and Class Action Complaint and Demand for Jury Trial by serving Mohamed Dansoko, Agent, authorized to accept service on behalf of CT Corporation System.

Mohamed Dansoko is described herein as:

Gender: Male    Ethnicity: African American    Age: 40    Weight: 180    Height: 5'9"    Hair: Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 04/17/2025

_Veronica Cald___
Veronica Calderon

Client Ref Number: Mat No. 250409119163
Job #:13113383

Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| JAMES CAPLAN, individually and on behalf of all others similarly situated  *Plaintiff(s)* | ) ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-02943 |
| YAHOO INC.  *Defendant(s)* | ) ) ) ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  YAHOO INC.
c/o C T CORPORATION SYSTEM, Registered Agent
28 LIBERTY STREET, NEW YORK, NY, 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Vicki J. Maniatis
Milberg Coleman Bryson Phillips Grossman PLLC
405 East 50th Street
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/10/2025                                             /S/ V. BRAHIMI
                                                             *Signature of Clerk or Deputy Clerk*